# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY EUGENE SCIPIO, | NO. CV 08-6715 FMC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MIKE KNOWLES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 20, 2009.

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE